**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

BRAYAN C. G.,

Petitioner,

v.

TODD BLANCHE, *Attorney General*; MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*; DAVID J. VENTURELLA, *Acting Director of Immigration and Customs Enforcement*; and DAVID EASTERWOOD, *Acting Director, St. Paul Field Office, Immigration and Customs Enforcement*,

Respondents.

Case No. 26-cv-4080 (LMP/DLM)

**ORDER DISMISSING CASE**

Before the Court is Petitioner Brayan C. G.'s motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2). ECF No. 16. Brayan C. G. moves to dismiss this habeas petition without prejudice and represents that Respondents do not object. ECF No. 17. Given there has been no objection to Brayan C. G.'s request for voluntary dismissal,[1] the Court grants Brayan C. G.'s motion. *See Adams v. USAA Casualty Ins. Co.*,

[1] Indeed, Respondents previously urged the Court to dismiss Brayan C. G.'s petition as moot. ECF No. 14. Brayan C. G. states that his removal order is now final, and it is "no longer feasible for [Brayan C. G.] to continue pursuing legal status or freedom from incarceration in this country." ECF No. 17.

863 F.3d 1069, 1079 (8th Cir. 2017) (listing relevant factors, such as whether a dismissal will prejudice the defendants).

Accordingly, **IT IS HEREBY ORDERED** that Brayan C. G.'s Motion To Dismiss (ECF No. 16) is **GRANTED**, and his petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

Dated: October 29, 2026

*s/Laura M. Provinzino*
Laura M. Provinzino
United States District Judge